IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE ZILBERMAN AND VALERIE ZILBERMAN, H/W, INDIVIDUALLY AND ON BEHALF OF MINOR D.Z. | : : : : | CIVIL ACTION No. 21-3829 |
| v. | : : | |
| THE RITZ-CARLTON HOTEL COMPANY, L.L.C. | : : | |

## ORDER

AND NOW, this 16th day of August, 2022, upon consideration of Plaintiffs' Motion to Remand and the opposition thereto, it is HEREBY ORDERED the Motion (ECF No. 11) is DENIED.

It is FURTHER ORDERED the stay is LIFTED.

Plaintiffs are FURTHER ORDERED to file their responses to Defendant's Answer and Affirmative Defenses (ECF No. 6) and Defendant's Motion for Summary Judgment (ECF No. 10) pursuant to the timeline set in the Federal Rules of Civil Procedure and Local Rules.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.